# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

ANNETTE VINSON                                                                PLAINTIFF

v.                         NO. 3:08CV00140 JLH

FARM CREDIT MIDSOUTH, ACA                                DEFENDANT

## ORDER

Presently before the Court is the Joint Motion for Continuance of the trial date. Docket #11. Good cause having been shown, the motion will be granted, and the trial of this matter previously set for May 4, 2009, in Jonesboro, Arkansas, is removed from the Court's docket. A new trial date and scheduling deadlines will be set by separate order.

IT IS SO ORDERED this 3rd day of February, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE